**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@pacbell.net*

Attorney for Defendant
VITALIY ANDREYEV

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) VITALIY ANDREYEV, ) ) Defendant. ) _____ ) | 2:12-cr-00069 JAM  STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for May 22, 2012 at 9:30 a.m. in Courtroom 6 is continued to July 17, 2012, at 9:30 a.m. in the same courtroom.

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the status conference should be continued in order to allow counsel to prepare, review and evaluate the case in order to effectively negotiate the matter. All parties stipulate and agree that the ends of justice are served by this continuance and outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and including July 17, 2012, be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

Dated: May 18, 2012 /s/ Lee Bickley
LEE BICKLEY
Assistant U.S. Attorney

Dated: May 18, 2012 /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Vitaliy Andreyev

Dated: May 18, 2012 /s/ Victor S. Haltom
VICTOR S. HALTOM
Attorney for Andrey Andreyev

## **ORDER**

**IT IS SO ORDERED.**

Dated: May 17, 2012

/s/John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge