```
 1  VICTOR S. HALTOM, Esq.
    SBN - 155157
 2  428 J Street, Suite 350
    Sacramento, California  95814
 3  Telephone: (916) 444-8663

 4  Attorney for Defendant
    ANDREY ANDREYEV
 5

 6

 7

 8              UNITED STATES DISTRICT COURT

 9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  Case No. 2:12-cr-00069 JAM
                                 )
13              Plaintiff,       )  STIPULATION REGARDING
                                 )  EXCLUDABLE TIME PERIODS UNDER
14         v.                    )  SPEEDY TRIAL ACT;FINDINGS AND
                                 )  ORDER
15  ANDREY ANDREYEV,             )
                                 )
16              Defendant.       )
                                 )
17  _____    )

18
```

19    Plaintiff United States of America, by and through its
20 counsel of record, and defendants, Andrey Andreyev and Vitaliy
21 Andreyev, by and through their counsel of record, hereby
22 stipulate as follows:
23    1.  By previous order, this matter was set for status on
24 January 8, 2013.
25    2.  By this stipulation, defendants now move to continue
26 the status conference until February 5, 2013, and to exclude time
27 between January 8, 2013 and February 5, 2013 under Local Code T4.
28 Plaintiff does not oppose this request.

1      3. The parties agree and stipulate, and request that the Court find the following:

    a. The discovery associated with this case includes voluminous records, including mortgage and bank records involving multiple transactions. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

    b. Counsel for defendants desire additional time to review these materials, discuss the materials with their clients, and assess the potential sentencing ramifications of the materials.

    c. The government has provided proposed plea agreements to defense counsel. Defense counsel are going over the plea agreements with their clients. The parties hope to have the case resolved by the next status conference.

    d. Both defense counsel are currently in a lengthy trial in Butte County in a case stemming from the death of a child.

    e. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f. The government does not object to the continuance.

    g. Based on the above-stated findings, the ends of justice

1         served by continuing the case as requested outweigh the
2         interest of the public and the defendant in a trial
3         within the original date prescribed by the Speedy Trial
4         Act.

    h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2013 to February 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 7, 2013.

                /s/ **Steven Lapham**
                **STEVEN LAPHAM**
                Assistant United States Attorney

/ / /
/ / /

DATED: January 7, 2013.

                    /s/ **Victor Haltom**
                    **VICTOR HALTOM**
                    Counsel for Defendant A. Andreyev

DATED: January 7, 2013.

                    /s/ **John R. Duree, Jr.**
                    **JOHN R. DUREE, JR.**
                    Counsel for Defendant V. Andreyev

O R D E R

IT IS SO FOUND AND ORDERED this 7th day of January, 2013.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE